IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–37–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DARRYL PETER FIUME, | |
| Defendant. | |

Defendant Darryl Fiume ("Fiume"), through counsel, moves to consolidate his change of plea hearing, scheduled for August 22, 2017, with his sentencing hearing, which has not been calendered. Fiume, who resides in New Jersey, seeks to consolidate these hearing in an effort to "avoid incurring the duplicative costs required to attend multiple hearings in Montana." (Doc. 37.) In the alternative, Fiume requests that he be allowed to attend his change of plea hearing by video conference. The Government does not oppose this motion.

Because the motion is unopposed, the Court will grant it and consolidate Fiume's change of plea hearing and sentencing to take place the same day. Consequently, the Court will vacate the change of plea hearing scheduled for August 22, 2017. The Court will set the date of Fiume's sentencing and all associated deadlines, by later order.

1

Accordingly, IT IS ORDERED that Defendant Darryl Fiume's Unopposed Motion to Vacate and Consolidate the Change of Plea and Sentencing Hearing (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that change of plea hearing scheduled for August 22, 2017, is VACATED. The date of Fiume's change of plea hearing and sentencing will be set by later order.

DATED this 17th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court