IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–37–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DARRYL PETER FIUME, | |
| Defendant. | |

The Parties having filed a Joint Status Report and Motion to Continue Hearing and Deadlines (Doc. 52),

IT IS ORDERED that the Motion (Doc. 52) is GRANTED. The consolidated change of plea and sentencing hearing currently set for June 8, 2018, at 9:00 a.m. is VACATED and RESET for August 22, 2018, at 1:30 p.m. in the Russell Smith Courthouse, Missoula, Montana.

IT IS FURTHER ORDERED that the parties will submit a joint status report no later than July 27, 2018, apprising the Court of Fiume's medical condition and ability to travel to Montana for his hearing.

DATED this 18th day of May, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court